IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN A. JAMISON, | : | |
| Petitioner, | : | Case No. 3:09-cv-297 |
| vs. | : | JUDGE WALTER HERBERT RICE |
| WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION, | : | |
| Respondent | : | |

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE (DOC. #28) IN THEIR
ENTIRETY; OVERRULING PETITIONER'S OBJECTION THERETO (DOC.
#32); OVERRULING PETITIONER'S MOTION FOR LEAVE TO APPEAL *IN
FORMA PAUPERIS* (DOC. #26) AND PETITIONER'S REQUEST FOR AN
EXTENSION OF TIME TO APPEAL (DOC. #27)

---

Based on the reasoning and citations of authority set forth in the Report and

Recommendations of the United States Magistrate Judge, filed February 29, 2012

(Doc. #28), as well as on a thorough *de novo* review of this Court's file and the

applicable law, said judicial filing is adopted in its entirety. Petitioner's objection to

the Report and Recommendations (Doc. #32) is overruled.

Given that any appeal from this Court's opinion would be objectively

frivolous, Petitioner's motion for leave to appeal *in forma pauperis* (Doc. #26) is

overruled, as is his "Belated Notice of Appeal," (Doc. #27) which the Court has

construed as a request for an extension of time to appeal.

Date: April 10, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to: Petitioner
Counsel for Respondent
Sixth Circuit Case Manager

2