IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRIAN A. JAMISON, :

    Petitioner, :

                                    Case No. 3:09-cv-297

vs. :

                                    JUDGE WALTER HERBERT RICE

WARDEN, CHILLICOTHE :
CORRECTIONAL INSTITUTION,
                                 :

    Respondent

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #28) IN THEIR ENTIRETY; OVERRULING PETITIONER'S OBJECTION THERETO (DOC. #32); OVERRULING PETITIONER'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* (DOC. #26) AND PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO APPEAL (DOC. #27)

---

Based on the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed February 29, 2012 (Doc. #28), as well as on a thorough *de novo* review of this Court's file and the applicable law, said judicial filing is adopted in its entirety. Petitioner's objection to the Report and Recommendations (Doc. #32) is overruled.

Given that any appeal from this Court's opinion would be objectively frivolous, Petitioner's motion for leave to appeal *in forma pauperis* (Doc. #26) is overruled, as is his "Belated Notice of Appeal," (Doc. #27) which the Court has construed as a request for an extension of time to appeal.

Date: April 10, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to: Petitioner
Counsel for Respondent
Sixth Circuit Case Manager